IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAKEEM RANKINS, et al. | : | CIVIL ACTION |
| v. | : | No. 16-5525 |
| BRISTOL TOWNSHIP | : | |

## **ORDER**

AND NOW, this 31st day of May, 2017, for the reasons set forth in the accompanying Memorandum Opinion, it is ORDERED Defendant Bristol Township's Motion to Dismiss (Document 4) is GRANTED. Plaintiffs Rakeem Rankins and Pearline Davis's Complaint (Document 1) is DISMISSED without prejudice. Plaintiffs shall have until June 14, 2017, to file an amended complaint.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.